**No. 56364.**—Aero-Sea Shipping Corporation *v.* United States, protest 149296–K (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the figurines in question are works of art of china or porcelain, which are copies, replicas, or reproductions of original sculptures or statuary produced or created by professional sculptors, valued at more than $2.50 each, the claim of the plaintiff was sustained.

**No. 56365.**—F. H. Hendricks *v.* United States, protest 148763–K (Los Angeles).

Opinion by JOHNSON, J.  The motion to dismiss was denied.  From an examination of the papers, however, the court was unable to find anything sufficient to disturb the action of the collector, which was presumptively correct.  The protest was therefore overruled.

**No. 56366.**—M. Rothschild & Co., Inc. *v.* United States, protest 176651–K (New York).

Opinion by JOHNSON, J.  From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification.  The protest was therefore overruled.

**No. 56367.**—James E. Fox & Co., Inc. *v.* United States, protest 176465–K (New York).

Opinion by JOHNSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56368.**—D. Hauser, Inc. *v.* United States, protest 177537–K (New York).

Opinion by JOHNSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protest.